IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN ZUKINA, JR. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 16-4166 |
| NANCY BERRYHILL[1] | : | |

# O R D E R

**AND NOW**, this 13th day of April, 2018, upon consideration of the Report and Recommendation ("R & R") of United States Magistrate Judge Marilyn Heffley (ECF No. 13), and Plaintiff Warren Zukina's Objections thereto (ECF No. 14), it is **ORDERED** that Plaintiff's Objections are **OVERRULED**, and the Report and Recommendation is **APPROVED and ADOPTED**.

IT IS SO ORDERED.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**

---

[1] On January 23, 2017, Carolyn W. Colvin was succeeded by Nancy A. Berryhill as the Acting Commissioner of the Social Security Administration.